**Order entered September 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01575-CR

**JASON LATROY LEONARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82469-2011**

## ORDER

The Court **DENIES** as moot appellant's September 18, 2013 motion to extend time to

file his brief. The brief was ordered filed on September 19, 2013.


/s/     DAVID EVANS
         JUSTICE